PROB 19A
(NYEP Rev. 10/13)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NEW YORK

U.S.A. vs  MARDOCHE PETITPHARE

Docket No.: 0207 1:16CR00114

## SUMMONS FOR PROBATIONER TO APPEAR

You are hereby commanded to appear before the United States District Court for the Eastern District Of New York to answer charges that you have violated the conditions of supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| MARDOCHE PETITPHARE | Male | Black or African American | 23 |

**ADDRESS (STREET, CITY, STATE)**
1092 Willmohr Street Apt. E3 Brooklyn, New York 11212

| SENTENCE IMPOSED BY | DATE IMPOSED |
|---|---|
| Hon. Edward R. Korman, USDJ | August 2, 2018 |

**DATE, TIME AND PLACE TO APPEAR:**

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  | August Manziliano | 2/21/2020 |

## RETURN

| DATE RECEIVED | DATE SERVED | METHOD OF SERVICE |
|---|---|---|
| 2/21/2020 | 2/24/2020 | 1. (✓) Copy of summons given to offender in person<br>2. ( ) Copy of summons mailed to offender's last known residence and leaving a copy at last known residence with some person of suitable age and discretion residing therein |

**SERVICE BY:** (Enter you name, title and business address here)

Jaquita Mitchell, USPO 147 Pierrepont St Bklyn

| SIGNATURE OF USPO: | DATE RETURNED TO CLERK'S OFFICE: |
|---|---|
|  |  |